8383.　VICKERY *et al. v.* MOREHEAD.

LUKE, J.　1. The plaintiff having sued for damages on account of an alleged unlawful battery, it was error for the court to charge the jury that in estimating the damages the worldly circumstances of the parties should be considered and weighed.　*Georgia Railroad* v. *Homer*, 73 *Ga.* 251 (1); Civil Code (1910), § 4504.

2. It is not likely that the other alleged errors will recur on another trial, and they are not now considered.

　　　　　*Judgment reversed. Wade, C. J., and Jenkins, J., concur.*
　　　　　　　　DECIDED FEBRUARY 7, 1918.

Action for damages; from Hart superior court—Judge Worley. December 28, 1916.

*A. G. & Julian McCurry, J. H. & Parke Skelton,* for plaintiffs in error.　*A. A. McCurry,* contra.